IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAN VALLEJO, Individually and As Personal Representative of Steve Vallejo;<br><br>                  Plaintiff,<br><br>     vs.<br><br>AMGEN, INC., WYETH, INC., PFIZER, INC.,<br><br>                  Defendants. | 8:14CV50<br><br>ORDER |

After conferring with counsel for the parties,

IT IS ORDERED:

1) The defendants' anticipated motion for entry of a *Lone Pine*[1]-type case management order shall be filed on or before January 12, 2015. The plaintiff shall respond on or before February 11, 2015, and any reply shall be filed by February 18, 2015.

2) Discovery, including the service of mandatory disclosures, is stayed pending further order of court.

January 8, 2015.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge

---

[1] See, Lore v. Lone Pine Corp., 1986 WL 637507 (N.J. Super. Ct. 1986). See also, Annotated Manual for Complex Litigation § 11.34 (2014).