IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAN VALLEJO, Individually and As Personal Representative of Steve Vallejo; | 8:14CV50 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| AMGEN, INC., WYETH, INC., AND PFIZER, INC., | |
| Defendants. | |

After conferring with counsel,

IT IS ORDERED:

1) Plaintiff's anticipated motion to compel discovery of documents and to depose additional witnesses, including 30(b)(6) witnesses, shall be filed on or before July 1, 2016, with Defendant's response due on or before July 13, 2016. No reply shall be filed absent leave of the court for good cause shown.

2) The deposition of Jan Isles will re-convene under direct court supervision in the chambers of the undersigned magistrate judge beginning at 10:00 a.m. on August 10, 2016. Counsel shall provide the court reporter for this deposition.

June 27, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge