IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAN VALLEJO, Individually and As Personal Representative of Steve Vallejo;<br><br>            Plaintiff,<br><br>   vs.<br><br>AMGEN, INC., WYETH, INC., AND PFIZER, INC.,<br><br>           Defendants. | **8:14CV50**<br><br>**ORDER OF RECUSAL**<br>**REQUEST FOR REASSIGNMENT** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

     SO ORDERED.

     Dated this 19th day of July, 2016.

                                                    BY THE COURT:

                                                    s/ *Robert F. Rossiter, Jr.*
                                                    United States District Judge