IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAN VALLEJO, individually and as personal representative of the estate of Steve Vallejo,<br><br>Plaintiff,<br><br>vs.<br><br>AMGEN, INC., et al.,<br><br>Defendants. | 8:14-CV-50<br><br>ORDER |

This matter is before the Court on attorney Keith L. Altman's objection to the Magistrate Judge's May 30, 2017 Memorandum and Order granting in part the defendants' motion for sanctions. *See*, filing 163; filing 129. Having conducted a *de novo* review of the record pursuant to 28 U.S.C. § 636(b)(1)(C),[1] the Court finds that the Magistrate Judge's findings and recommendation were correct in all respects. Accordingly, Altman's objection (filing 164) is overruled.

IT IS ORDERED:

1. Altman's objection (filing 164) is overruled.

---

[1] The parties cite clear error as the appropriate standard of review. Filing 164 at 2-3; filing 166 at 16; *see also*, *Aviva Sports, Inc. v. Fingerhut Direct Marketing, Inc.*, 2013 WL 1867555, at *1 (D. Minn. 2013); *Temple v. WISAP*, 152 F.R.D. 591, 596 (D. Neb. 1993). However, given the amount of sanctions awarded, the Court has reviewed the record *de novo*.

2. Altman is ordered to pay the defendants the sum of $25,665.00 on or before August 17, 2017.

Dated this 17th day of July, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge

- 2 -