IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAN VALLEJO, <br><br> Plaintiff, <br><br> vs. <br><br> AMGEN, INC., et al., <br><br> Defendants. | 8:14-CV-50 <br><br> ORDER |

The Clerk of the Court is in possession of $28,000 deposited pursuant to the Court's Order of August 16, 2017 (filing 181). Having received the appellate mandate (filing 186), the Court is prepared to disburse the funds.

IT IS ORDERED:

1. The Clerk of the Court shall disburse $26,143.35 via check payable to the Hogan Lovells law firm, at:

    ATTN Lauren Colton
    Hogan Lovells Law Firm
    100 International Drive
    Suite 2000
    Baltimore, MD 21202

2. The Clerk of the Court shall refund the remaining $1,856.65 to plaintiff's counsel, via check payable to Excolo Law, at:

    Excolo Law
    26700 Lahser Road, Suite 401
    Southfield, MI 48033

Dated this 14th day of January, 2018.

BY THE COURT:

John M. Gerrard
Chief United States District Judge